# United States District Court
## Southern District of Georgia

UA LOCAL 188 PENSION FUND, ET AL

_____
Plaintiff

Case No. ___4:26-cv-00049-RSB-CLR___

v.

ATLANTIC PARKING LOT MAINTENANCE, LLC

_____
Defendant

Appearing on behalf of

___PLAINTIFF___

_____
(Plaintiff/Defendant)

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.4 for admission _pro hac vice_ have been satisfied, **Petitioner's** request to appear _pro hac vice_ in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This __11th__ day of ___March___ , _2026_ .


_____
UNITED STATES ~~DISTRICT~~/MAGISTRATE JUDGE
*****

NAME OF PETITIONER:    Katrina Huber
_____

Business Address:    Robein, Urann, Spencer, Picard & Cangemi
_____
Firm/Business Name

2540 Severn Avenue
_____
Street Address

| Suite 400 | Metairie | LA | 70002 |
|---|---|---|---|
| Street Address (con't) | City | State | Zip |

_____
Mailing Address (if other than street address)

| | | | |
|---|---|---|---|
| Address Line 2 | City | State | Zip |

| 504-885-9994 | 41786 |
|---|---|
| Telephone Number (w/ area code) | Bar Number |

Email Address:    khuber@ruspclaw.com