# United States District Court

## *Southern District of Georgia*

UA LOCAL 188 PENSION FUND,
ET AL
_____
    Plaintiff

Case No.    4:26-cv-00049-RSB-CLR
_____

**v.**

ATLANTIC PARKING LOT MAINTENANCE,
LLC
_____
    Defendant

Appearing on behalf of

PLAINTIFF
_____
    (Plaintiff/Defendant)

### ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.4 for admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This __11th__ day of ____March____ , __2026__ .

_____
UNITED STATES ~~DISTRICT~~/MAGISTRATE JUDGE
*****

NAME OF PETITIONER:    Louis L. Robein
_____

Business Address:    Robein, Urann, Spencer, Picard & Cangemi
_____
                Firm/Business Name

2540 Severn Avenue
_____
                Street Address

| Suite 400 | Metairie | LA | 70002 |
|---|---|---|---|
| Street Address (con't) | City | State | Zip |

_____
Mailing Address (if other than street address)

| Address Line 2 | City | State | Zip |
|---|---|---|---|

504-885-9994                11307
_____
Telephone Number (w/ area code)        Bar Number

Email Address:    lrobein@ruspclaw.com